UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY PATU,

                Plaintiff,

    v.

SGT. BENNETT,

                Defendant.

No. C15-1036 RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.** Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 16th day of September, 2015.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1